THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 29, 2014



Margaret Dee McGarity
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:   Chapter 13
ERIC M. RUSCHEINSKY   Case No. 2011-38200-MDM
ANGIE KONZAK (NON FILING SPOUSE)
N57 W34599 Road G
Oconomowoc WI  53066

    Debtor(s)

## ORDER OF DISMISSAL

---

Upon the Certification of Jennifer K. Marquissee, Staff Attorney for the Chapter 13 Standing Trustee Thomas J. King, indicating that the debtor has failed to make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED:

That this case shall be dismissed effective immediately.

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI  54903-3170**
**920.231.2150**
**(Fax) 920.231.5713**
**E-mail info@ch13oshkosh.com**

#####